UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW SCHLESINGER                    CIVIL ACTION NO. 15-2331

versus                                SECTION: "I" (1)

LYNN INVESTMENTS, ET AL

      This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

      New Orleans, Louisiana, this 18th day of September, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE